UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE 32BJ NORTH PENSION FUND and its BOARD OF
TRUSTEES,

                     Plaintiffs,

              -against-

UNITED NEIGHBORS HOUSING DEVELOPMENT
FUND COMPANY, INC.,

                     Defendant.
-----------------------------------------------------------------------X

**DEFAULT JUDGMENT**

Case No. 25 Civ. 7602 (ER)

This Court considered the Affidavit of Meredith B. Golfo in Support of an Order to Show Cause for the Entry of Default Judgment Against Defendant, filed by Plaintiffs the 32BJ North Pension Fund and its Board of Trustees (collectively, "Plaintiffs"), and any responses and replies, and concluded that Default Judgment should be ENTERED.

THEREFORE, IT IS ORDERED that a DEFAULT JUDGMENT is hereby ENTERED in favor of Plaintiffs and against Defendant United Neighbors Housing Development Fund Company, Inc. ("Defendant"), in the total amount of **$85,626.85**, which is comprised of the following amounts:

1. Present value of Defendant's Unpaid Partial Withdrawal Liability in the amount of $58,956.60;

2. Interest that accrued on the late first installment payment in the amount of $84.31;

3. Liquidated damages on the late first installment payment in the amount of $449.50;

4. Interest that accrued on the accelerated Partial Withdrawal Liability through January 22, 2026, in the amount of $2,849.30; and

5. Liquidated damages on the accelerated Partial Withdrawal Liability in the amount of $11,791.32; and

23222496v1

6.      Plaintiffs' reasonable attorneys' fees and costs through January 22, 2026, in the amount of $11,495.82.

The Court FURTHER ORDERS Defendant to pay Plaintiffs' attorneys' fees and costs incurred after January 22, 2026, including those incurred in executing upon the judgment.

The Court FURTHER ORDERS Defendant to pay post-judgment interest on the above judgment amounts at the rate permitted by 29 U.S.C. § 1961 from the date of this Judgment to the date paid.

This ORDER is without prejudice to any further claim Plaintiffs may have against Defendant.

SO ORDERED.


ENTERED:    _____January 28_____, 2026
            New York, New York


                                    _____
                                    Hon. Edgardo Ramos
                                    United States District Judge

2

23222496v1